# Court of Appeals
# of the State of Georgia

ATLANTA, July 25, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0001. VICTOR PALENCIA ABREGO et al. v. CITY OF CHAMBLEE, GEORGIA et al.**

Applicants Victor Palencia Abrego, Eurostyle Auto Service, LLC, and Chatham Enterprises, Inc. have filed an emergency motion for an extension of time to file an application for discretionary review of the trial court's July 16, 2019 order overruling and dismissing their petition for certiorari. Upon consideration of the applicants' motion, the same is hereby GRANTED, and the deadline for filing an application for discretionary review is hereby extended until September 14, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/25/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*